In re    **Walter T. Earl**
         **Melissa L. Earl**

Case No.    **8:11-bk-27271-TA**

Debtor(s)

# DECLARATION OF CURRENT/ POST-PETITION INCOME

Complete this statement by providing the monthly income of the debtor and the debtor's spouse at this time. The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition was filed, unless the spouses are separated and a joint petition was not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): | AGE(S): |
| | Son | 11 |
| | Daughter | 14 |
| | Daughter | 17 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Engineer** | **Owner** |
| Name of Employer | **CES Contract Engineering Service** | **Maxx Marketing** |
| How long employed | **1 month** | **5 years** |
| Address of Employer | **5307 Luce Avenue** **McClellan, CA 95652** | **27068 La Paz Road #126** **Aliso Viejo, CA 92656** |

INCOME:

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 10,340.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 10,340.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 2,033.00 | $ 0.00 |
| b. Insurance | $ 250.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 2,283.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 8,057.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 4,833.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 4,833.00 |
| 15. MONTHLY INCOME: (Add amounts shown on lines 6 and 14) | $ 8,057.00 | $ 4,833.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15) | | $ 12,890.00 |

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/18/2012

Dated: 1/18/2012

Debtor

Joint Debtor

01/18/2012  22:19    7146626302                    WEBERFIRMAN                         PAGE  05/15

In re   Walter T. Earl
        Melissa L. Earl
                                                                    Case No.   8:11-bk-27271-TA
                                    Debtor(s)

# DECLARATION OF CURRENT/ POST-PETITION EXPENSES

Complete this statement by providing the monthly expenses of the debtor and the debtor's family at this time. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☒ Check this box if this is a joint case and debtor's spouse maintains a separate household. Complete a *Declaration of current/Post-Petition Expenses* labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 3,701.00 |
| a. Are real estate taxes included? | Yes  X  No ___ | |
| b. Is property insurance included? | Yes  X  No ___ | |
| 2. Utilities:   a. Electricity and heating fuel | | $ 112.00 |
| b. Water and sewer | | $ 120.00 |
| c. Telephone | | $ 120.00 |
| d. Other   **See Detailed Expense Attachment** | | $ 250.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 100.00 |
| 4. Food | | $ 900.00 |
| 5. Clothing | | $ 150.00 |
| 6. Laundry and dry cleaning | | $ 50.00 |
| 7. Medical and dental expenses | | $ 200.00 |
| 8. Transportation (not including car payments) | | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 200.00 |
| 10. Charitable contributions | | $ 200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 155.00 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other   **HOA Dues** | | $ 52.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 2,020.00 |
| 17. Other   **Education expense for children under 18** | | $ 250.00 |
| Other | | $ 0.00 |

18. MONTHLY EXPENSES (Total lines 1-17)                                      $ 8,880.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
    a.   Total monthly income from Line 15 of *Declaration of Current/Post-Petition Income*      $ 12,890.00
    b.   Total monthly expenses from Line 18 above                                               $ 11,790.00
    c.   Monthly net income (a. minus b.)                                                        $ 1,100.00

I declare under penalty of perjury that the foregoing is true and correct.
Dated: ___1/18/2012___

Dated: ___1/18/2012___

Debtor

Joint Debtor

This form has been approved for use by the United States Bankruptcy Court for the Central District of California
January 2009                                                                                    F3015-1.20

In re  Walter T. Earl
       Melissa L. Earl _____     Case No.  **8:11-bk-27271-TA**
                          Debtor(s)

## DECLARATION OF CURRENT/ POST-PETITION EXPENSES
### Detailed Expense Attachment

Other Utility Expenditures:

| | |
|---|---|
| Cable/Phone | $ 150.00 |
| Verizon | $ 100.00 |
| Total Other Utility Expenditures | $ 250.00 |

This form has been approved for use by the United States Bankruptcy Court for the Central District of California

In re   **Walter T. Earl**
        **Melissa L. Earl**                                                                    Case No.   **8:11-bk-27271-TA**
_____
                                    Debtor(s)

## (Spouse's Schedule)

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ **1,365.00** |
| a. Are real estate taxes included?           Yes ____   No **X** | | |
| b. Is property insurance included?           Yes ____   No **X** | | |
| 2. Utilities:       a. Electricity and heating fuel | | $ **0.00** |
|              b. Water and sewer | | $ **0.00** |
|              c. Telephone | | $ **0.00** |
|              d. Other _____ | | $ **0.00** |
| 3. Home maintenance (repairs and upkeep) | | $ **0.00** |
| 4. Food | | $ **300.00** |
| 5. Clothing | | $ **50.00** |
| 6. Laundry and dry cleaning | | $ **50.00** |
| 7. Medical and dental expenses | | $ **100.00** |
| 8. Transportation (not including car payments) | | $ **400.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ **100.00** |
| 10. Charitable contributions | | $ **0.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|              a. Homeowner's or renter's | | $ **0.00** |
|              b. Life | | $ **0.00** |
|              c. Health | | $ **0.00** |
|              d. Auto | | $ **0.00** |
|              e. Other _____ | | $ **0.00** |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|              (Specify) | | $ **0.00** |
| 13. Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
|              a. Auto  **545.00** | | $ **545.00** |
|              b. Other | | $ **0.00** |
|              c. Other | | $ **0.00** |
| 14. Alimony, maintenance, and support paid to others | | $ **0.00** |
| 15. Payments for support of additional dependents not living at your home | | $ **0.00** |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ **0.00** |
| 17. Other _____ | | $ **0.00** |
|       Other _____ | | $ **0.00** |

| | |
|---|---|
| 18. MONTHLY EXPENSES (Total lines 1-17) | $ **2,910.00** |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:

_____

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1503 South Coast Drive
Suite 209
Costa Mesa, CA 92626

A true and correct copy of the foregoing document described as __DECLARATION OF CURRENT/POST-PETITION INCOME AND EXPENSES__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __1/19/12__ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Chapter 13 Trustee
Amrane Cohen
770 The City Drive South, Suite 8500
Orange, CA 92868

Honorable Theodor C. Albert
411 West Fourth Street
Suite 5085
Santa Ana, CA 92701

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date __1/19/12__          Signature: _Jaimee Zayicek_

Printed Name: __Jaimee Zayicek__