| | |
|---|---|
| Name | **Joseph A.Weber** |
| Address | **Weber Firman** |
| | **1503 South Coast Drive** |
| | **Suite 209** |
| | **Costa Mesa, CA 92626** |
| Telephone | **(714) 433-7185**    (FAX) |
| Email Address | |

☒ Attorney for Debtor
State Bar No. **133297**

☐ Debtor(s) in Pro Se    (Any reference to the singular shall include the plural in the case of joint debtors.)

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| List all names (including trade names) used by the debtor within the last 8 years: | Chapter 13 Case No. **8:11-bk-27271-TA** |
|---|---|
| **Walter T. Earl** <br><br> **Melissa L. Earl** <br> **DBA Maxx Marketing** | **1st AMENDED CHAPTER 13 PLAN** <br><br> **CREDITORS MEETING:** <br> **Date:**    January 24, 2012 <br> **Time:**    4:00 p.m. <br> **Place:**    1-154 <br> **CONFIRMATION HEARING:** <br> **Date:**    February 15, 2012 <br> **Time:**    1:30 p.m. <br> **Place:**    5B |

## NOTICE

This Chapter 13 Plan is proposed by the above Debtor. The Debtor attests that the information stated in this Plan is accurate. Creditors cannot vote on this Plan. However, creditors may object to this Plan being confirmed pursuant to 11 U.S.C. § 1324. Any objection must be in writing and must be filed with the court and served upon the Debtor, Debtor's attorney (if any), and the Chapter 13 Trustee not less than 7 days before the date set for the meeting of creditors. Unless an objection is filed and served, the court may confirm this Plan. The Plan, if confirmed, modifies the rights and duties of the Debtor and creditors to the treatment provided in the Plan as confirmed, with the following IMPORTANT EXCEPTIONS:

Unless otherwise provided by law, each creditor will retain its lien until the earlier of payment of the underlying debt determined under non-bankruptcy law or discharge under 11 U.S.C.§1328. If the case under this chapter is dismissed or converted without completion of the Plan, such lien shall also be retained by such holder to the extent recognized by applicable non-bankruptcy law.

Defaults will be cured using the interest rate set forth below in the Plan. Any ongoing obligation will be paid according to the terms of the Plan.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised December 2009                                                                 **F3015-1.1**

**HOLDERS OF SECURED CLAIMS AND CLASS 1 CLAIMANTS WILL BE PAID ACCORDING TO THIS PLAN AFTER CONFIRMATION UNLESS THE SECURED CREDITOR OR CLASS 1 CLAIMANT FILES A PROOF OF CLAIM IN A DIFFERENT AMOUNT THAN THAT PROVIDED IN THE PLAN.** If a secured creditor or a class 1 creditor files a proof of claim, that creditor will be paid according to that creditor's proof of claim, unless the court orders otherwise.

**HOLDERS OF ALL OTHER CLAIMS MUST TIMELY FILE PROOFS OF CLAIMS, IF THE CODE SO REQUIRES, OR THEY WILL NOT BE PAID ANY AMOUNT.** A Debtor who confirms a Plan may be eligible thereafter to receive a discharge of debts to the extent specified in 11 U.S.C. § 1328.

The Debtor proposes the following Plan and makes the following declarations:

I.    **PROPERTY AND FUTURE EARNINGS OR INCOME SUBJECT TO THE SUPERVISION AND CONTROL OF THE CHAPTER 13 TRUSTEE:**

The Debtor submits the following to the supervision and control of the Chapter 13 Trustee:

A.    Payments by Debtor of **$1,100.00** per month for **60** months.  This monthly Plan Payment will begin within 30 days of the date the petition was filed.

B.    The base plan amount is $ **66,000.00** which is estimated to pay **0** % of the allowed claims of nonpriority unsecured creditors. If that percentage is less than 100%, the Debtor will pay the Plan Payment stated in this Plan for the full term of the Plan or until the base plan amount is paid in full, and the Chapter 13 Trustee may increase the percentage to be paid to creditors accordingly.

C.    Amounts necessary for the payment of post-petition claims allowed under 11 U.S.C. § 1305.

D.    Preconfirmation adequate protection payments for any creditor who holds an allowed claim secured by personal property where such security interest is attributable to the purchase of such property and preconfirmation payments on leases of personal property whose allowed claim is impaired by the terms proposed in the plan. Preconfirmation adequate protection payments and preconfirmation lease payments will be paid to the Chapter 13 Trustee for the following creditor(s) in the following amounts:

| Creditor/Lessor Name | Collateral Description | Last 4 Digits of Account # | Amount |
|---|---|---|---|
| -NONE- | | | |

Each adequate protection payment or preconfirmation lease payment will commence on or before the 30th day from the date of filing of the case. The Chapter 13 Trustee shall deduct the foregoing adequate protection payment(s) and/or preconfirmation lease payment from the Debtor's Plan Payment and disburse the adequate protection payment or preconfirmation lease payment to the secured(s) creditor(s) at the next available disbursement or as soon as practicable after the payment is received and posted to the Chapter 13 Trustee's account. The Chapter 13 Trustee will take his or her statutory fee on all disbursements made for preconfirmation adequate  protection payments or preconfirmation lease payments.

E.    Other property:  (specify property or indicate none)
**NONE**

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised December 2009                                                                F3015-1.1

## II. ORDER OF PAYMENTS; CLASSIFICATION AND TREATMENT OF CLAIMS:

Except as otherwise provided in the plan or by court order, the Chapter 13 Trustee shall disburse all available funds for the payment of claims as follows:

### A. ORDER OF PAYMENTS:

1. If there are Domestic Support Obligations, the order of priority shall be:

    (a) Domestic Support Obligations and the Chapter 13 Trustee's fee not exceeding the amount accrued on payments made to date;

    (b) Administrative expenses (Class 1(a)) in an amount not exceeding _____% of each Plan Payment until paid in full;

2. If there are no Domestic Support Obligations, the order of priority shall be the Chapter 13 Trustee's fee not exceeding the amount accrued on payments made to date, and administrative expenses (Class 1(a)) in an amount not exceeding ___% of each Plan Payment until paid in full.

3. Notwithstanding 1 and 2 above, ongoing payments on secured debts that are to be made by the Chapter 13 Trustee from the Plan Payment; such secured debt may be paid by the Chapter 13 Trustee commencing with the inception of Plan Payments.

4. Subject to 1, 2, and 3 above, pro rata to all other claims except as otherwise provided in the Plan.

5. No payment shall be made on nonpriority unsecured claims until all secured and priority claims have been paid in full.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised December 2009                                                                 F3015-1.1

Chapter 13 Plan (Rev. 12/09) - Page 4

Case 8:11-bk-27271-TA    Doc 15    Filed 01/19/12    Entered 01/19/12 16:59:46    Desc
Main Document    Page 4 of 12    2009 USBC, Central District of California

B.    CLASSIFICATION AND TREATMENT OF CLAIMS:

### CLASS 1
### ALLOWED UNSECURED CLAIMS ENTITLED TO PRIORITY UNDER 11 U.S.C. §507

The Debtor will pay Class 1 claims in full; except the debtor may provide for less than full payment of Domestic Support Obligations pursuant to 11 U.S.C. §1322(a)(4).

| CATEGORY | AMOUNT OF PRIORITY CLAIM | INTEREST RATE, if any | MONTHLY PAYMENT | NUMBER OF MONTHS | TOTAL PAYMENT |
|---|---|---|---|---|---|
| a.  Administrative Expenses | | | | | |
| (1)  Chapter 13 Trustee's Fee – estimated at 11% of all payments to be made to all classes through this Plan. | | | | | |
| (2)  Attorney's Fees | $2,000.00 | | $666.67 | 3 | $2,000.00 |
| (3)  Chapter 7 Trustee's Fees | | | | | . |
| (4)  Other | | | | | |
| b.  Other Priority Claims | | | | | |
| (1)  Internal Revenue Service | | | | | |
| IRS | $16,214.00 | 0% | $648.56 | 25 | $16,214.00 |
| (2)  Franchise Tax Board | | | | | |
| Franchise Tax Board | $2,491.00 | 0% | $99.64 | 25 | $2,491.00 |
| Franchise Tax Board | $5,540.00 | 0% | $221.60 | 25 | $5,540.00 |
| (3)  Domestic Support Obligation | | | | | |
| (4)  Other | | | | | |
| c.  Domestic Support Obligations that are not to be paid in full in the Plan (Specify Creditor Name): | | | | | |
| | | | | | |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised December 2009    F3015-1.1

## CLASS 2

### CLAIMS SECURED SOLELY BY PROPERTY THAT IS THE DEBTOR'S PRINCIPAL RESIDENCE ON WHICH OBLIGATION MATURES <u>AFTER</u> THE FINAL PLAN PAYMENT IS DUE

1. ☐    The post-confirmation monthly mortgage payment will be made by the Chapter 13 Trustee from the Plan Payment to:

2. ☒    The post-confirmation monthly mortgage payment will be made by the Debtor directly to:

| Niguel Woods Community Association | xxx-x82-30 |
|---|---|
| (name of creditor) | (last 4 digits of account number) |
| Wachovia Mortgage | xxxx9767 |
| (name of creditor) | (last 4 digits of account number) |

**The Debtor will cure all prepetition arrearages for the primary residence through the Plan Payment as set forth below.**

| Name of Creditor | Last Four Digits of Account Number | Cure of Default | | | | |
|---|---|---|---|---|---|---|
| | | AMOUNT OF ARREARAGE | INTEREST RATE | MONTHLY PAYMENT | NUMBER OF MONTHS | TOTAL PAYMENT |
| Niguel Woods Community Association | xxx-x82-30 | $1,124.00 | 0 | $33.06 | 34 | $1,124.00 |
| Wachovia Mortgage | xxxx9767 | $31,783.00 | 0 | $934.79 | 34 | $31,783.00 |

## CLASS 3

### CLAIMS SECURED BY REAL OR PERSONAL PROPERTY WHICH ARE PAID IN FULL DURING THE TERM OF THE PLAN

| Name of Creditor | Last Four Digits of Account No | CLAIM TOTAL | SECURED CLAIM AMOUNT | INTEREST RATE | Equal Monthly Payment | NUMBER OF MONTHS | TOTAL PAYMENT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised December 2009                                                        F3015-1.1

## CLASS 4

### OTHER SECURED CLAIMS ON WHICH THE LAST PAYMENT IS DUE AFTER THE DATE ON WHICH THE FINAL PAYMENT UNDER THE PLAN IS DUE

1. ☐   The post-confirmation monthly payment pursuant to the promissory note will be made by the Chapter 13 Trustee from the Plan Payment to:

2. ☐   The post-confirmation monthly payment pursuant to the promissory note will be made by the Debtor directly to:

| _____ (name of creditor) | _____ (last 4 digits of account number) |
| _____ (name of creditor) | _____ (last 4 digits of account number) |

**The Debtor will cure all prepetition arrearages on these claims through the Plan Payment as set forth below.**

| Name of Creditor | Last Four Digits of Account Number | Cure of Default | | | | |
| | | AMOUNT OF ARREARAGE | INTEREST RATE | MONTHLY PAYMENT | NUMBER OF MONTHS | TOTAL PAYMENT |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

## CLASS 5

### NON-PRIORITY UNSECURED CLAIMS

Debtor estimates that non-priority unsecured claims total the sum of __$76,024.00__ .
Class 5 claims will be paid as follows:

(Check one box only.)

☒   Class 5 claims (including allowed unsecured amounts from Class 3) are of one class and will be paid pro rata.

OR

☐   Class 5 claims will be divided into subclasses as shown ~~on the attached exhibit~~ *directly below* (which also shows the justification for the differentiation among the subclasses) and the creditors in each subclass will be paid pro rata.

## III.  COMPARISON WITH CHAPTER 7

The value as of the effective date of the Plan of property to be distributed under the Plan on account of each allowed claim is not less than the amount that would be paid on such claim if the estate of the Debtor were liquidated under chapter 7 of the Bankruptcy Code on such date. The amount distributed to nonpriority unsecured creditors in chapter 7 would be $ __0.00__ which is estimated to pay __0__ % of the scheduled nonpriority unsecured debt.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised December 2009                                                                F3015-1.1

## IV.  PLAN ANALYSIS

| | |
|---|---|
| **CLASS 1a** | $2,000.00 |
| **CLASS 1b** | $24,245.00 |
| **CLASS 1c** | $0.00 |
| **CLASS 2** | $32,907.00 |
| **CLASS 3** | $0.00 |
| **CLASS 4** | $0.00 |
| **CLASS 5** | $307.40 |
| **SUB-TOTAL** | $59,459.40 |
| **CHAPTER 13 TRUSTEE'S FEE (Estimated  11% unless advised otherwise)** | $6,540.60 |
| **TOTAL PAYMENT** | $66,000.00 |

## V.  OTHER PROVISIONS

A.  The Debtor rejects the following executory contracts and unexpired leases.

    **Name of Other Party:**                             **Description of contract/lease:**
    -NONE-

B.  The Debtor assumes the executory contracts or unexpired leases set forth in this section. As to each contract or lease assumed, any defaults therein and Debtor's proposal for cure of said default(s) is described in Class 4 of this Plan. The Debtor has a leasehold interest in personal property and will make all post-petition payments directly to the lessor(s):

    **Name of Other Party:**                             **Description of contract/lease:**
    -NONE-

C.  In addition to the payments specified in Class 2 and Class 4, the Debtor will make regular payments, including any preconfirmation payments, directly to the following:

    **Creditor Name:**                          **Monthly Payment:**
    Santander Consumer                       $545.00

D.  The Debtor hereby surrenders the following personal or real property. (Identify property and creditor to which it is surrendered.)

    **Creditor Name:**                          **Description:**
    -NONE-

E.  The Debtor shall incur no debt greater than $500.00 without prior court approval unless the debt is incurred in the ordinary course of business pursuant to 11 U.S.C. §1304(b) or for medical emergencies.

F.  Miscellaneous provisions: The debtors will file a Motion to Strip/Extinguish the lien of the Second Deed of Trust held by CitiFinancial (#0505).  In the event that this case is dismissed or converted to Chapter 7, the "Secured Creditor" will retain it's lien to the extent recognized by non-Bankruptcy law.

G.  The Chapter 13 Trustee is authorized to disburse funds after the date confirmation is announced in open court.

H.  The Debtor will pay timely all post-confirmation tax liabilities directly to the appropriate taxing authorities as they come due.

I.  The Debtor will pay all amounts required to be paid under a Domestic Support Obligation that first became payable after the date of the filing of the petition.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised December 2009                                                                  F3015-1.1

01/18/2012  22:19    7146520302                    WEBERFIRMAN                         PAGE   15/15

Chapter 13 Plan  (Rev. 12/09) - Page 8

2009 USBC, Central District of California

## VI.   REVESTING OF PROPERTY

Property of the estate shall not revest in the Debtor until such time as a discharge is granted or the case is dismissed or closed without discharge. Revestment shall be subject to all liens and encumbrances in existence when the case was filed, except those liens avoided by court order or extinguished by operation of law. In the event the case is converted to a case under chapter 7, 11, or 12 of the Bankruptcy Code, the property of the estate shall vest in accordance with applicable law. After confirmation of the Plan, the Chapter 13 Trustee shall have no further authority or fiduciary duty regarding use, sale, or refinance of property of the estate except to respond to any motion for proposed use, sale, or refinance as required by the Local Bankruptcy Rules. Prior to any discharge or dismissal, the Debtor must seek approval of the court to purchase, sell, or refinance real property.

Dated:    1/18/2012

Joseph A. Weber
133297
Attorney for Debtor(s)

Walter T. Earl
Debtor

Melissa L. Earl
Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised December 2009

F3015-1.1

p.4         949-218-3016                        Maxx Marketing          Jan 19 12 11:21a

| In re:<br>WALTER T. EARL<br>MELISSA L. EARL | CHAPTER  13 |
|---|---|
| Debtor(s). | BK CASE NO.: 8:11-bk-27271-TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 1503 South Coast Drive, Suite 209, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document described  <u>1ST AMENDED CHAPTER 13 PLAN</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On __1/19/12_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/19/12 | Jaimee Zayicek | _Jaimee Zayicek_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Chapter 13 Trustee
Amrane Cohen
770 The City Drive South, Suite 8500
Orange, CA 92868

United States Trustee
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701

Honorable Theodor C. Albert
411 West Fourth Street
Suite 5085
Santa Ana, CA 92701

1900 Ocean Apartments
The William Lyon Company
CO FCO
12304 Baltimore Avenue #E
Beltsville, MD 20705

ACI
6341 Inducon Drive East
Sanborn, NY 14132-9097

Adventist Health
CO Designed Receivable Solutions
1 Centerpointe Dr Suite 450
La Palma, CA 90623

AFNI
PO Box 3097
Bloomington, IL 61702

American Agencies
555 W Victoria Street
Compton, CA 90220

American Collection Systems, Inc.
PO Box 1968
Southgate, MI 48195-0968

American Express
PO Box 981535
El Paso, TX 79998

Associated Counselors
CO Capital Accounts
PO Box 140065
Nashville, TN 37214

AT & T West
CO Bay Area Credit Service LLC
PO Box 5914
Troy, MI 48007

Bank of America
PO Box 15026
Wilmington, DE 19850-5026

Barclays Bank Delaware/iTunes
PO Box 8803
Wilmington, DE 19899

BMW Financial Services
Customer Service Center
PO Box 3608
Dublin, OH 43016

Broadview Security
CO Collectech Systems
PO Box 1962
Southgate, MI 48195-0962

CA Emerg Phys *South Coast
PO Box 582663
Modesto, CA 95358

Capital One
PO Box 85830
Richmond, VA 23285-5830

Capital One Bank (USA) NA
Legal Recovery Law Offices
5030 Camino de la Siesta
Suite 340
San Diego, CA 92108

CBCS
PO Box 69
Columbus, OH 43216

Chase
PO Box 15298
Wilmington, DE 19850

Children's Hospital at Mission
CO Collection Consultants of CA
6100 San Fernando Road Suite 211
Glendale, CA 91201

CitiFinancial
Bankruptcy Department
PO Box 140489
Irving, TX 75014

City Treasurer
Delinquent Acct Collections Program
PO Box 129039
San Diego, CA 92112-9039

CMRE Financial Svcs
3075 E Imperial Hwy
Suite 200
Brea, CA 92821

Comerica Bank
CO TRS Recovery Services, Inc.
5251 Westheimer
Houston, TX 77056

CPS - Security
PO Box 782408
San Antonio, TX 78278

Designed Rec Sol INC
1 Centerpointe Dr Suite 450
La Palma, CA 90623

Equable Ascent Financial
1120 W. Lake Cook Road
Suite B
Buffalo Grove, IL 60089

Firstsource Advantage LLC
205 Bryant Woods South
Buffalo, NY 14228

Franchise Tax Board
Bankruptcy Section MS:A-340
PO Box 2952
Sacramento, CA 95812-2952

GMAC
PO Box 12699
Glendale, AZ 85318

GMAC, LLC
CO MadDowell & Associates, Ltd.
3636 Birch Street
Suite 290
Newport Beach, CA 92660

IRS
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Irvine Emergency Phys Med Grp
CO The Collection Connection
9430 Topanga Canyon Boulevard
Suite 206
Chatsworth, CA 91311-5700

John S. Supance MD
CO Medicredit, Inc.
1801 California Ave
Corona, CA 92881

Laboratory Corp of America
CO 2269 South Saw Mill River Road
Building 3
Elmsford, NY 10523

Laguna Dana Urgent Care
24060 Camino Del Avion
Suite A
Dana Point, CA 92629

Laguna Hill Pediatric Med Group
CO United Resource System, Inc.
10075 West Colfax Avenue
Denver, CO 80215

Medical Laboratory Services
1633 Erringer Rd 1st Floor
Simi Valley, CA 93065-3557

MVEP Medical Group M33
PO Box 660099
Arcadia, CA 91066

Nationwide Learning Resources - CBK
PO Box 4525
Topeka, KS 66604-0525

NCO Financial Systems Inc
507 Prudential Road
Horsham, PA 19044

NDEx West, LLC
15000 Surveyor Blvd., Suite 500
Addison, TX 75001-9013

NES
29125 Solon Rd
Solon, OH 44139

Niguel Woods Community Association
c/o CMC association management
132 S. Anita Drive
Orange, CA 92868

Patenaude & Felix
4545 Murphy Canyon Road
3rd Floor
San Diego, CA 92123

Plaza Recovery Associates
PO Box 18008
Hauppauge, NY 11788-8808

Quest Diagnostics
PO Box 78406
Phoenix, AZ 85062

Santander Consumer
Attn: Bankruptcy Department
PO Box 560284
Dallas, TX 75356-0284

Sentry credit Inc
2809 Grand avenue
Everett, WA 98201

Westcliff Laboratories
1440 N Harbor Blvd
Suite 515
Fullerton, CA 92835

Southwest Healthcare System
PO Box 31007-0827
Pasadena, CA 91110-0827

Temecula Valley Emergency
CO California Recovery Bureau, Inc.
135 Vallecitos de Oro Suite G
San Marcos, CA 92069

Trojan Professional Svc
4410 Cerritos Avenue
Los Alamitos, CA 90720

United Collection Bureau, Inc
5620 Southwyck Blvd, Suite 206
Toledo, OH 43614

United Student Aid Fund
CO GC Services LP
6330 Gulfton
Houston, TX 77081

United Student Aid Fund
PO Box 6180
Indianapolis, IN 46206

US Bank
PO Box 790408
Saint Louis, MO 63179-0408

USCB Inc
PO Box 74929
Los Angeles, CA 90004

Verizon Wireless West
10734 International
Rancho Cordova, CA 95742

Wachovia Mortgage
PO Box 659558
San Antonio, TX 78265-9558

US Bank
PO Box 5229
Cincinnati, OH 45201-5229

BMW Financial Services, NA, LLC
c/o Ascension Capital Group
PO Box 201347
Arlington, TX 76006-1347

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Santander Consumer USA
PO Box 560284
Dallas, TX 75356-0284