# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Joseph A. Weber | Atty Name (if applicable): | Joseph A. Weber |
| Street Address: | 1503 South Coast Drive Suite 209 Costa Mesa, CA 92626 | CA Bar No. (if applicable): | 133297 |
| Filer's Telephone No.: | (714) 433-7185 | Atty Fax No. (if applicable): | |

In re:

Walter T. Earl
Melissa L. Earl

Case No. 8:11-bk-27271-TA

Chapter 13

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
☐ Yes    ☒ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☐ A    ☐ B    ☒ C    ☐ D    ☐ E    ☐ F    ☐ G    ☐ H    ☐ I    ☐ J

☐ Statement of Social Security Number(s)    ☐ Statement of Financial Affairs
☐ Statement of Intention    ☐ Other

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, **Walter T. Earl and Melissa L. Earl**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 2-20-2012

_(signature)_
Walter T. Earl
*Debtor Signature*

_(signature)_
Melissa L. Earl
*Co-Debtor Signature*

**FOR COURT USE ONLY**

**SEE PROOF OF SERVICE**

In re  Walter T. Earl,
       Melissa L. Earl

Case No. __8:11-bk-27271-TA__

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on Hand | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking/Savings Account at Bank of America | C.C.P. § 703.140(b)(5) | 1,500.00 | 1,500.00 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| Security Deposit with Utilities - Water | C.C.P. § 703.140(b)(5) | 140.00 | 140.00 |
| Security Deposit with Utilities - Electricity | C.C.P. § 703.140(b)(5) | 1,040.00 | 1,040.00 |
| **Household Goods and Furnishings** | | | |
| Household Goods and Furnishings | C.C.P. § 703.140(b)(3) | 10,000.00 | 10,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| LPs, CDs, Collectibles, Toys and Books | C.C.P. § 703.140(b)(5) | 500.00 | 500.00 |
| **Wearing Apparel** | | | |
| Wearing Apparel | C.C.P. § 703.140(b)(3) | 2,000.00 | 2,000.00 |
| **Furs and Jewelry** | | | |
| Jewelry | C.C.P. § 703.140(b)(4)<br>C.C.P. § 703.140(b)(5) | 1,425.00<br>3,575.00 | 5,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Hobby Equipment | C.C.P. § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Retirement Savings Account at Wells Fargo | C.C.P. § 703.140(b)(10)(E) | 1,500.00 | 1,500.00 |
| 401K with Wells Fargo | C.C.P. § 703.140(b)(10)(E) The full amount up to the statutory maximum | 100% | Unknown |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Total: 22,780.00   22,780.00

| In re: | |
|---|---|
| Walter T. Earl<br>Melissa L. Earl | CHAPTER: 13 |
| | CASE NUMBER: 8:11-bk-27271-TA |
| Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1503 South Coast Drive
Suite 209
Costa Mesa, CA 92626

A true and correct copy of the foregoing document described as __AMENDED SCHEDULES AND/OR STATEMENTS, AMENDED SCHEDULE C__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **FEBRUARY 28, 2012**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

AMRANE COHEN
CHAPTER 13 TRUSTEE
770 THE CITY DRIVE SO., #8500
ORANGE, CA 92868

HON. THEODOR ALBERT
US BANKRUPTCY COURT
411 W. FOURTH STREET, ROOM #5085
SANTA ANA, CA 92701-4593

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| FEBRUARY 28, 2012 | KIM L. WARREN | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**9013-3.1.PROOF.SERVICE**

1900 Ocean Apartments
The William Lyon Company
CO FCO
12304 Baltimore Avenue #E
Beltsville, MD 20705

ACI
6341 Inducon Drive East
Sanborn, NY 14132-9097

Adventist Health
CO Designed Receivable Solutions
1 Centerpointe Dr Suite 450
La Palma, CA 90623

AFNI
PO Box 3097
Bloomington, IL 61702

American Agencies
555 W Victoria Street
Compton, CA 90220

American Collection Systems, Inc.
PO Box 1968
Southgate, MI 48195-0968

American Express
PO Box 981535
El Paso, TX 79998

American Express Centurian
c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Associated Counselors
CO Capital Accounts
PO Box 140065
Nashville, TN 37214

AT & T West
CO Bay Area Credit Service LLC
PO Box 5914
Troy, MI 48007

Bank of America
PO Box 15026
Wilmington, DE 19850-5026

Barclays Bank Delaware/iTunes
PO Box 8803
Wilmington, DE 19899

BMW Financial Services
Customer Service Center
PO Box 3608
Dublin, OH 43016

BMW financial Services
c/o Ascension Capital Group
PO Box 201347
Arlington, TX 76006-1347

Broadview Security
CO Collectech Systems
PO Box 1962
Southgate, MI 48195-0962

CA Emerg Phys *South Coast
PO Box 582663
Modesto, CA 95358

Capital One
PO Box 85830
Richmond, VA 23285-5830

Capital One Bank (USA) NA
Legal Recovery Law Offices
5030 Camino de la Siesta, Suite 340
San Diego, CA 92108

Capital One Bank USA, N.A.
PO Box 71083
Charlotte, NC 28272-1083

CBCS
PO Box 69
Columbus, OH 43216

Chase
PO Box 15298
Wilmington, DE 19850

Children's Hospital at Mission
CO Collection Consultants of CA
6100 San Fernando Road Suite 211
Glendale, CA 91201

CitiFinancial
Bankruptcy Department
PO Box 140489
Irving, TX 75014

City Treasurer
Delinquent Acct Collections Program
PO Box 129039
San Diego, CA 92112-9039

CMRE Financial Svcs
3075 E Imperial Hwy, Suite 200
Brea, CA 92821

Comerica Bank
CO TRS Recovery Services, Inc.
5251 Westheimer
Houston, TX 77056

CPS - Security
PO Box 782408
San Antonio, TX 78278

Designed Rec Sol INC
1 Centerpointe Dr Suite 450
La Palma, CA 90623

Equable Ascent Financial
1120 W. Lake Cook Road, Suite B
Buffalo Grove, IL 60089

Firstsource Advantage LLC
205 Bryant Woods South
Buffalo, NY 14228

Franchise Tax Board
Bankruptcy Section MS:A-340
PO Box 2952
Sacramento, CA 95812-2952

GMAC
PO Box 12699
Glendale, AZ 85318

GMAC, LLC
CO MadDowell & Associates, Ltd.
3636 Birch Street, Suite 290
Newport Beach, CA 92660

IRS
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Irvine Emergency Phys Med Grp
CO The Collection Connection
9430 Topanga Canyon Blvd, Suite 206
Chatsworth, CA 91311-5700

John S. Supance MD
CO Medicredit, Inc.
1801 California Ave
Corona, CA 92881

Laboratory Corp of America
CO 2269 South Saw Mill River Road
Building 3
Elmsford, NY 10523

Laguna Dana Urgent Care
24060 Camino Del Avion
Suite A
Dana Point, CA 92629

Laguna Hill Pediatric Med Group
CO United Resource System, Inc.
10075 West Colfax Avenue
Denver, CO 80215

Lindia, Inc.
c/o Weinstein & Riley, PS
2001 Western Avenue, Suite #400
Seattle, WA 98121-3132

Medical Laboratory Services
1633 Erringer Rd 1st Floor
Simi Valley, CA 93065-3557

MVEP Medical Group M33
PO Box 660099
Arcadia, CA 91066

Nationwide Learning Resources - CBK
PO Box 4525
Topeka, KS 66604-0525

NCO Financial Systems Inc
507 Prudential Road
Horsham, PA 19044

NDEx West, LLC
15000 Surveyor Blvd., Suite 500
Addison, TX 75001-9013

NES
29125 Solon Rd
Solon, OH 44139

Niguel Woods Community Association
c/o CMC association management
132 S. Anita Drive
Orange, CA 92868

Patenaude & Felix
4545 Murphy Canyon Road, 3rd Floor
San Diego, CA 92123

Plaza Recovery Associates
PO Box 18008
Hauppauge, NY 11788-8808

Portfolio Investments I LLC
c/oRecovery Management Systems Corp
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Quest Diagnostics
PO Box 78406
Phoenix, AZ 85062

Recovery Management Systems Corp
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131

Santander Consumer
Attn: Bankruptcy Department
PO Box 560284
Dallas, TX 75356-0284

Sentry credit Inc
2809 Grand avenue
Everett, WA 98201

South Coast Medical Center

Southwest Healthcare System
PO Box 31007-0827
Pasadena, CA 91110-0827

Temecula Valley Emergency
CO California Recovery Bureau, Inc.
135 Vallecitos de Oro Suite G
San Marcos, CA 92069

Trojan Professional Svc
4410 Cerritos Avenue
Los Alamitos, CA 90720

United Collection Bureau, Inc
5620 Southwyck Blvd, Suite 206
Toledo, OH 43614

United Student Aid Fund
C/O GC Services LP
6330 Gulfton
Houston, TX 77081

United Student Aid Fund
PO Box 6180
Indianapolis, IN 46206

US Bank
PO Box 790408
Saint Louis, MO 63179-0408

US Trustee
411 W Fourth St, Suite 9041
Santa Ana, CA 92701-8000

USCB Inc
PO Box 74929
Los Angeles, CA 90004

Verizon Wireless West
10734 International
Rancho Cordova, CA 95742

Wachovia Mortgage
PO Box 659558
San Antonio, TX 78265-9558

Westcliff Laboratories
1440 N Harbor Blvd, Suite 515
Fullerton, CA 92835