# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Joseph A. Weber | Atty Name (if applicable): | Joseph A. Weber |
| Street Address: | 1503 South Coast Drive, Suite 209, Costa Mesa, CA 92626 | CA Bar No. (if applicable): | 133297 |
| Filer's Telephone No.: | (714) 433-7185 | Atty Fax No. (if applicable): | |

In re:

Walter T. Earl
Melissa L. Earl

Case No. 8:11-bk-27271-TA

Chapter 13

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
☐ Yes    ☒ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☐ A    ☒ B    ☒ C    ☐ D    ☐ E    ☐ F    ☐ G    ☐ H    ☐ I    ☐ J

☐ Statement of Social Security Number(s)
☐ Statement of Intention
☐ Statement of Financial Affairs
☐ Other

**NOTE: IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.**

I/We, Walter T. Earl and Melissa L. Earl, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 4/9/2012

_[signature]_
Walter T. Earl
Debtor Signature

_[signature]_
Melissa L. Earl
Co-Debtor Signature

**"FOR COURT USE ONLY"**

**"SEE PROOF OF SERVICE"**

B-1008 *Revised November 2003*

In re  Walter T. Earl,
       Melissa L. Earl
                                                                                    Case No. __8:11-bk-27271-TA__
                                          Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash on Hand | C | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking/Savings Account at Bank of America | C | 1,500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit with Utilities - Water | C | 140.00 |
| | | Security Deposit with Utilities - Electricity | C | 1,040.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods and Furnishings | C | 10,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | LPs, CDs, Collectibles, Toys and Books | C | 500.00 |
| 6. Wearing apparel. | | Wearing Apparel | C | 2,000.00 |
| 7. Furs and jewelry. | | Jewelry | C | 5,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Hobby Equipment | C | 1,000.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                                            Sub-Total >        21,280.00
                                                                          (Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

In re  **Walter T. Earl,**  
**Melissa L. Earl**

Case No. **8:11-bk-27271-TA**

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Retirement Savings Account at Wells Fargo | C | 1,500.00 |
| | | 401K with Wells Fargo  EXACT MARKET VALUE UNKNOWN BUT LESS THAN $10,000.00 | C | 10,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    **11,500.00**  
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached  
to the Schedule of Personal Property

In re  **Walter T. Earl,**
      **Melissa L. Earl**

Case No. __8:11-bk-27271-TA__

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 Mercedez-Benz C230 | C | 11,575.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > (Total of this page) | 11,575.00 |
|---|---|---|
|  | Total > | 44,355.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re  Walter T. Earl,
       Melissa L. Earl

Case No. __8:11-bk-27271-TA__

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4-1-13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** | | | |
| Cash on Hand | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking/Savings Account at Bank of America | C.C.P. § 703.140(b)(5) | 1,500.00 | 1,500.00 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| Security Deposit with Utilities - Water | C.C.P. § 703.140(b)(5) | 140.00 | 140.00 |
| Security Deposit with Utilities - Electricity | C.C.P. § 703.140(b)(5) | 1,040.00 | 1,040.00 |
| **Household Goods and Furnishings** | | | |
| Household Goods and Furnishings | C.C.P. § 703.140(b)(3) | 10,000.00 | 10,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| LPs, CDs, Collectibles, Toys and Books | C.C.P. § 703.140(b)(5) | 500.00 | 500.00 |
| **Wearing Apparel** | | | |
| Wearing Apparel | C.C.P. § 703.140(b)(3) | 2,000.00 | 2,000.00 |
| **Furs and Jewelry** | | | |
| Jewelry | C.C.P. § 703.140(b)(4)<br>C.C.P. § 703.140(b)(5) | 1,425.00<br>3,575.00 | 5,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Hobby Equipment | C.C.P. § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Retirement Savings Account at Wells Fargo | C.C.P. § 703.140(b)(10)(E) | 1,500.00 | 1,500.00 |
| 401K with Wells Fargo<br>EXACT MARKET VALUE UNKNOWN BUT LESS THAN $10,000.00 | C.C.P. § 703.140(b)(10)(E) | 10,000.00 | 10,000.00 |
| | **Total:** | **32,780.00** | **32,780.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

| In re:<br>WALTER T. EARL<br>MELISSA L. EARL | CHAPTER 13 |
|---|---|
| Debtor(s). | BK CASE NO.: 8:11-bk-27271-TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1503 South Coast Drive, Suite 209, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document described **AMENDED SCHEDULE(S) AND/OR STAEMENT(S)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ___4/9/12___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/9/12 | Jaimee Zayicek | *Jaimee Zayicek* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                    F 9013-3.1

Chapter 13 Trustee
Amrane Cohen
770 The City Drive South, Suite 8500
Orange, CA 92868

United States Trustee
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701

Honorable Theodor C. Albert
411 West Fourth Street
Suite 5085
Santa Ana, CA 92701

1900 Ocean Apartments
The William Lyon Company
CO FCO
12304 Baltimore Avenue #E
Beltsville, MD 20705

ACI
6341 Inducon Drive East
Sanborn, NY 14132-9097

Adventist Health
CO Designed Receivable Solutions
1 Centerpointe Dr Suite 450
La Palma, CA 90623

AFNI
PO Box 3097
Bloomington, IL 61702

American Agencies
555 W Victoria Street
Compton, CA 90220

American Collection Systems, Inc.
PO Box 1968
Southgate, MI 48195-0968

American Express
PO Box 981535
El Paso, TX 79998

Associated Counselors
CO Capital Accounts
PO Box 140065
Nashville, TN 37214

AT & T West
CO Bay Area Credit Service LLC
PO Box 5914
Troy, MI 48007

Bank of America
PO Box 15026
Wilmington, DE 19850-5026

Barclays Bank Delaware/iTunes
PO Box 8803
Wilmington, DE 19899

BMW Financial Services
Customer Service Center
PO Box 3608
Dublin, OH 43016

Broadview Security
CO Collectech Systems
PO Box 1962
Southgate, MI 48195-0962

CA Emerg Phys *South Coast
PO Box 582663
Modesto, CA 95358

Capital One
PO Box 85830
Richmond, VA 23285-5830

Capital One Bank (USA) NA
Legal Recovery Law Offices
5030 Camino de la Siesta
Suite 340
San Diego, CA 92108

CBCS
PO Box 69
Columbus, OH 43216

Chase
PO Box 15298
Wilmington, DE 19850

Children's Hospital at Mission
CO Collection Consultants of CA
6100 San Fernando Road Suite 211
Glendale, CA 91201

CitiFinancial
Bankruptcy Department
PO Box 140489
Irving, TX 75014

City Treasurer
Delinquent Acct Collections Program
PO Box 129039
San Diego, CA 92112-9039

CMRE Financial Svcs
3075 E Imperial Hwy
Suite 200
Brea, CA 92821

Comerica Bank
CO TRS Recovery Services, Inc.
5251 Westheimer
Houston, TX 77056

CPS - Security
PO Box 782408
San Antonio, TX 78278

Designed Rec Sol INC
1 Centerpointe Dr Suite 450
La Palma, CA 90623

Equable Ascent Financial
1120 W. Lake Cook Road
Suite B
Buffalo Grove, IL 60089

Firstsource Advantage LLC
205 Bryant Woods South
Buffalo, NY 14228

Franchise Tax Board
Bankruptcy Section MS:A-340
PO Box 2952
Sacramento, CA 95812-2952

GMAC
PO Box 12699
Glendale, AZ 85318

GMAC, LLC
CO MadDowell & Associates, Ltd.
3636 Birch Street
Suite 290
Newport Beach, CA 92660

IRS
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Irvine Emergency Phys Med Grp
CO The Collection Connection
9430 Topanga Canyon Boulevard
Suite 206
Chatsworth, CA 91311-5700

John S. Supance MD
CO Medicredit, Inc.
1801 California Ave
Corona, CA 92881

Laboratory Corp of America
CO 2269 South Saw Mill River Road
Building 3
Elmsford, NY 10523

Laguna Dana Urgent Care
24060 Camino Del Avion
Suite A
Dana Point, CA 92629

Laguna Hill Pediatric Med Group
CO United Resource System, Inc.
10075 West Colfax Avenue
Denver, CO 80215

Medical Laboratory Services
1633 Erringer Rd 1st Floor
Simi Valley, CA 93065-3557

MVEP Medical Group M33
PO Box 660099
Arcadia, CA 91066

Nationwide Learning Resources - CBK
PO Box 4525
Topeka, KS 66604-0525

NCO Financial Systems Inc
507 Prudential Road
Horsham, PA 19044

NDEx West, LLC
15000 Surveyor Blvd., Suite 500
Addison, TX 75001-9013

NES
29125 Solon Rd
Solon, OH 44139

Niguel Woods Community Association
c/o CMC association management
132 S. Anita Drive
Orange, CA 92868

Patenaude & Felix
4545 Murphy Canyon Road
3rd Floor
San Diego, CA 92123

Plaza Recovery Associates
PO Box 18008
Hauppauge, NY 11788-8808

Quest Diagnostics
PO Box 78406
Phoenix, AZ 85062

Santander Consumer
Attn: Bankruptcy Department
PO Box 560284
Dallas, TX 75356-0284

Sentry credit Inc
2809 Grand avenue
Everett, WA 98201

Westcliff Laboratories
1440 N Harbor Blvd
Suite 515
Fullerton, CA 92835

Southwest Healthcare System
PO Box 31007-0827
Pasadena, CA 91110-0827

Temecula Valley Emergency
CO California Recovery Bureau, Inc.
135 Vallecitos de Oro Suite G
San Marcos, CA 92069

Trojan Professional Svc
4410 Cerritos Avenue
Los Alamitos, CA 90720

United Collection Bureau, Inc
5620 Southwyck Blvd, Suite 206
Toledo, OH 43614

United Student Aid Fund
CO GC Services LP
6330 Gulfton
Houston, TX 77081

United Student Aid Fund
PO Box 6180
Indianapolis, IN 46206

US Bank
PO Box 790408
Saint Louis, MO 63179-0408

USCB Inc
PO Box 74929
Los Angeles, CA 90004

Verizon Wireless West
10734 International
Rancho Cordova, CA 95742

Wachovia Mortgage
PO Box 659558
San Antonio, TX 78265-9558

US Bank
PO Box 5229
Cincinnati, OH 45201-5229

BMW Financial Services, NA, LLC
c/o Ascension Capital Group
PO Box 201347
Arlington, TX 76006-1347

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Santander Consumer USA
PO Box 560284
Dallas, TX 75356-0284

Capital One Bank (USA) NA
PO Box 71083
Charlotte, NC 28272-1083

Lindia, LLC
C/O Weinstein & Riley PS
2001 Western Avenue, Suite 400
Seattle, WA 98121-3132

American Express
c/o Becket & Lee
PO Box 3001
Malvern, PA 19355-0701

Portfolio Investments I LLC
c/o Recovery Management Systems Corp
25 SE 2nd Avenue
Suite 1120
Miami, FL 33131-1605