# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: Joseph A. Weber

Street Address: 1503 South Coast Drive, Suite 209, Costa Mesa, CA 92626

Filer's Telephone No.: (714) 433-7185

Atty Name (if applicable): Joseph A. Weber

CA Bar No. (if applicable): 133297

Atty Fax No. (if applicable): _____

In re: Walter T. Earl, Melissa L. Earl

Case No. 8:11-bk-27271-TA

Chapter 13

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
☐ Yes    ☒ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☐ A    ☐ B    ☒ C    ☐ D    ☐ E    ☐ F    ☐ G    ☐ H    ☐ I    ☐ J

☐ Statement of Social Security Number(s)
☐ Statement of Intention
☐ Statement of Financial Affairs
☐ Other

**NOTE: IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.**

I/We, Walter T. Earl and Melissa L. Earl, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 10/2/2012

_[signature]_
Walter T. Earl
Debtor Signature

_[signature]_
Melissa L. Earl
Co-Debtor Signature

**FOR COURT USE ONLY**

**SEE PROOF OF SERVICE**

B-1008 Revised November 2003

B6C (Official Form 6C) (4/10)

In re  Walter T. Earl,  
      Melissa L. Earl

Case No. __8:11-bk-27271-TA__

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  
(Check one box)  
☐ 11 U.S.C. §522(b)(2)  
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| SFR Located at 30001 Happy Sparrow Lane Laguna Niguel, CA 92677 | C.C.P. § 703.140(b)(1) | 10,000.00 | 550,000.00 |
| **Cash on Hand** | | | |
| Cash on Hand | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking/Savings Account at Bank of America | C.C.P. § 703.140(b)(5) | 1,500.00 | 1,500.00 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| Security Deposit with Utilities - Water | C.C.P. § 703.140(b)(5) | 140.00 | 140.00 |
| Security Deposit with Utilities - Electricity | C.C.P. § 703.140(b)(5) | 1,040.00 | 1,040.00 |
| **Household Goods and Furnishings** | | | |
| Household Goods and Furnishings | C.C.P. § 703.140(b)(3) | 10,000.00 | 10,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| DVDs, CDs, Collectibles, Toys and Books | C.C.P. § 703.140(b)(5) | 500.00 | 500.00 |
| **Wearing Apparel** | | | |
| Wearing Apparel | C.C.P. § 703.140(b)(3) | 2,000.00 | 2,000.00 |
| **Furs and Jewelry** | | | |
| Jewelry | C.C.P. § 703.140(b)(4) <br> C.C.P. § 703.140(b)(5) | 1,425.00 <br> 3,575.00 | 5,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Hobby Equipment | C.C.P. § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Retirement Savings Account at Wells Fargo | C.C.P. § 703.140(b)(10)(E) | 1,500.00 | 1,500.00 |
| 401K with Wells Fargo EXACT MARKET VALUE UNKNOWN BUT LESS THAN $10,000.00 | C.C.P. § 703.140(b)(10)(E) | 10,000.00 | 10,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2004 Mercedez-Benz C230 | C.C.P. § 703.140(b)(2) | 100.00 | 11,575.00 |
| | **Total:** | **42,880.00** | **594,355.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1503 South Coast Drive, Suite 209**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED SCHEDULE(S) AND/OR STATEMENTS-SCHEDULE "C"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _10-4-2012_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10-4-2012 | Ken Moffatt | *Kim Moffatt* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Chapter 13 Trustee<br>Amrane Cohen<br>770 The City Drive South, Suite 8500<br>Orange, CA 92868 | United States Trustee<br>411 West Fourth Street<br>Suite 9041<br>Santa Ana, CA 92701 | Honorable Theodor C. Albert<br>411 West Fourth Street<br>Suite 5085<br>Santa Ana, CA 92701 |
| 900 Ocean Apartments<br>The William Lyon Company<br>CO FCO<br>2304 Baltimore Avenue #E<br>Beltsville, MD 20705 | ACI<br>6341 Inducon Drive East<br>Sanborn, NY 14132-9097 | Adventist Health<br>CO Designed Receivable Solutions<br>1 Centerpointe Dr Suite 450<br>La Palma, CA 90623 |
| AFNI<br>PO Box 3097<br>Bloomington, IL 61702 | American Agencies<br>555 W Victoria Street<br>Compton, CA 90220 | American Collection Systems, Inc.<br>PO Box 1968<br>Southgate, MI 48195-0968 |
| American Express<br>PO Box 981535<br>El Paso, TX 79998 | Associated Counselors<br>CO Capital Accounts<br>PO Box 140065<br>Nashville, TN 37214 | AT & T West<br>CO Bay Area Credit Service LLC<br>PO Box 5914<br>Troy, MI 48007 |
| Bank of America<br>PO Box 15026<br>Wilmington, DE 19850-5026 | Barclays Bank Delaware/iTunes<br>PO Box 8803<br>Wilmington, DE 19899 | BMW Financial Services<br>Customer Service Center<br>PO Box 3608<br>Dublin, OH 43016 |
| Broadview Security<br>CO Collectech Systems<br>PO Box 1962<br>Southgate, MI 48195-0962 | CA Emerg Phys *South Coast<br>PO Box 582663<br>Modesto, CA 95358 | Capital One<br>PO Box 85830<br>Richmond, VA 23285-5830 |
| Capital One Bank (USA) NA<br>Legal Recovery Law Offices<br>5030 Camino de la Siesta<br>Suite 340<br>San Diego, CA 92108 | CBCS<br>PO Box 69<br>Columbus, OH 43216 | Chase<br>PO Box 15298<br>Wilmington, DE 19850 |
| Children's Hospital at Mission<br>CO Collection Consultants of CA<br>100 San Fernando Road Suite 211<br>Glendale, CA 91201 | CitiFinancial<br>Bankruptcy Department<br>PO Box 140489<br>Irving, TX 75014 | City Treasurer<br>Delinquent Acct Collections Program<br>PO Box 129039<br>San Diego, CA 92112-9039 |
| CMRE Financial Svcs<br>3075 E Imperial Hwy<br>Suite 200<br>Brea, CA 92821 | Comerica Bank<br>CO TRS Recovery Services, Inc.<br>5251 Westheimer<br>Houston, TX 77056 | CPS - Security<br>PO Box 782408<br>San Antonio, TX 78278 |
| Designed Rec Sol INC<br>1 Centerpointe Dr Suite 450<br>La Palma, CA 90623 | Equable Ascent Financial<br>1120 W. Lake Cook Road<br>Suite B<br>Buffalo Grove, IL 60089 | Firstsource Advantage LLC<br>205 Bryant Woods South<br>Buffalo, NY 14228 |

| | | |
|---|---|---|
| anchise Tax Board<br>ankruptcy Section MS:A-340<br>) Box 2952<br>icramento, CA 95812-2952 | GMAC<br>PO Box 12699<br>Glendale, AZ 85318 | GMAC, LLC<br>CO MadDowell & Associates, Ltd.<br>3636 Birch Street<br>Suite 290<br>Newport Beach, CA 92660 |
| :S<br>entralized Insolvency Operation<br>) Box 7346<br>hiladelphia, PA 19101-7346 | Irvine Emergency Phys Med Grp<br>CO The Collection Connection<br>9430 Topanga Canyon Boulevard<br>Suite 206<br>Chatsworth, CA 91311-5700 | John S. Supance MD<br>CO Medicredit, Inc.<br>1801 California Ave<br>Corona, CA 92881 |
| iboratory Corp of America<br>O 2269 South Saw Mill River Road<br>uilding 3<br>lmsford, NY 10523 | Laguna Dana Urgent Care<br>24060 Camino Del Avion<br>Suite A<br>Dana Point, CA 92629 | Laguna Hill Pediatric Med Group<br>CO United Resource System, Inc.<br>10075 West Colfax Avenue<br>Denver, CO 80215 |
| ledical Laboratory Services<br>533 Erringer Rd 1st Floor<br>imi Valley, CA 93065-3557 | MVEP Medical Group M33<br>PO Box 660099<br>Arcadia, CA 91066 | Nationwide Learning Resources - CBK<br>PO Box 4525<br>Topeka, KS 66604-0525 |
| CO Financial Systems Inc<br>)7 Prudential Road<br>orsham, PA 19044 | NDEx West, LLC<br>15000 Surveyor Blvd., Suite 500<br>Addison, TX 75001-9013 | NES<br>29125 Solon Rd<br>Solon, OH 44139 |
| iguel Woods Community Association<br>o CMC association management<br>32 S. Anita Drive<br>range, CA 92868 | Patenaude & Felix<br>4545 Murphy Canyon Road<br>3rd Floor<br>San Diego, CA 92123 | Plaza Recovery Associates<br>PO Box 18008<br>Hauppauge, NY 11788-8808 |
| uest Diagnostics<br>O Box 78406<br>hoenix, AZ 85062 | Santander Consumer<br>Attn: Bankruptcy Department<br>PO Box 560284<br>Dallas, TX 75356-0284 | Sentry credit Inc<br>2809 Grand avenue<br>Everett, WA 98201 |
| 'estcliff Laboratories<br>140 N Harbor Blvd<br>ite 515<br>illerton, CA 92835 | Southwest Healthcare System<br>PO Box 31007-0827<br>Pasadena, CA 91110-0827 | Temecula Valley Emergency<br>CO California Recovery Bureau, Inc.<br>135 Vallecitos de Oro Suite G<br>San Marcos, CA 92069 |
| rojan Professional Svc<br>110 Cerritos Avenue<br>os Alamitos, CA 90720 | United Collection Bureau, Inc<br>5620 Southwyck Blvd, Suite 206<br>Toledo, OH 43614 | United Student Aid Fund<br>CO GC Services LP<br>6330 Gulfton<br>Houston, TX 77081 |
| nited Student Aid Fund<br>O Box 6180<br>idianapolis, IN 46206 | US Bank<br>PO Box 790408<br>Saint Louis, MO 63179-0408 | USCB Inc<br>PO Box 74929<br>Los Angeles, CA 90004 |

Verizon Wireless West
10734 International
Rancho Cordova, CA 95742

Wachovia Mortgage
PO Box 659558
San Antonio, TX 78265-9558

US Bank
PO Box 5229
Cincinnati, OH 45201-5229

BMW Financial Services, NA, LLC
c/o Ascension Capital Group
PO Box 201347
Arlington, TX 76006-1347

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Santander Consumer USA
PO Box 560284
Dallas, TX 75356-0284

Capital One Bank (USA) NA
PO Box 71083
Charlotte, NC 28272-1083

Lindia, LLC
C/O Weinstein & Riley PS
2001 Western Avenue, Suite 400
Seattle, WA 98121-3132

American Express
c/o Becket & Lee
PO Box 3001
Malvern, PA 19355-0701

Portfolio Investments I LLC
c/o Recovery Management Systems Corp
25 SE 2nd Avenue
Suite 1120
Miami, FL 33131-1605

Santa Ana Division
411 West Fourth Street, Suite 2030
Santa Ana, CA 92701-4500

Sallie Mae, Inc. on behalf of USA Funds
Attn: Bankruptcy Litigation Unit E3149
P.O. Box 9430
Wilkes Barre, PA 18773-9430

Wells Fargo Bank
Overdraft Recovery Payment Pro. Dept.
A0143-042
P.O. Box 63491
San Francisco, CA 94163-0001

Wells Fargo Bank, N.A.
Attn: Bankruptcy Department
MAC #T7416-023
4101 Wiseman Blvd.
San Antonio, TX 78251-4200