| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Joseph A. Weber  SBN: 133297<br>Fritz J. Firman  SBN: 117011<br>WEBER FIRMAN<br>1503 South Coast Drive, Suite 209<br>Costa Mesa, CA 92626<br>Tel:  (714) 433-7185<br>Fax: (714) 662-0302<br><br>☒ Attorneys for Debtors<br>☐ Chapter 13 Trustee | **FILED & ENTERED**<br><br>**JUN 20 2013**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY kent        DEPUTY CLERK** |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER  13<br><br>CASE NUMBER 8:11-bk-27271-TA |
| In re:<br><br><br><br>WALTER T. EARL,<br>MELISSA L. EARL,<br><br><br>                                                  Debtor(s). | **ORDER ON APPLICATION FOR**<br>**SUPPLEMENTAL FEES**<br><br><br><br>(No Hearing Required) |

Based on the Application for Supplemental Fees ("Application") filed on _____5/03/13_____ as docket entry number _____64_____ and the recommendation of the Chapter 13 Trustee, it is ORDERED:

☒    that the sum of $ ____$1,600.74_____ is hereby allowed Applicant as compensation for extraordinary services referred to in the Application and the Chapter 13 Trustee is directed to pay the unpaid balance of $_____1,600.74_____, from the estate of the debtor(s) as funds permit.

☐    that Applicant calendar the Application for hearing before the undersigned Bankruptcy Judge and that Applicant give appropriate notice of the hearing to the debtor(s) and the Chapter 13 Trustee.

☐    that the Application be set for hearing on:_____ at _____ .m.
                                                                                    (Date)                                (Time)

Comments:_____.

Date: June 20, 2013

                                                                        _____
                                                                        Theodor C. Albert
                                                                        United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2013*                                                                                                                         **F 3015-1.12**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER ON APPLICATION FOR SUPPLEMENTAL FEES** was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** B Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) _____5/30/13_____, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

   Michael W Aiken MAiken@NBSDefaultServices.com
Amrane (SA) Cohen (TR) efile@ch13ac.com
Fritz J Firman firmanweber@Yahoo.com
Ramesh Singh claims@recoverycorp.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Joseph A Weber firmanweber@yahoo.com

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses stated below:

Walter & Melissa Earl
30001 Happy Sparrow Lane
Laguna Niguel, CA 92677

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

   Midland Funding LLC by American InfoSource LP as agent
   PO Box 4457
   Houston, TX 77210-4457

   Wells Fargo Mortgage
   A/K/A Wachovia Mortgage
   4101 Wiseman Blvd
   San Antonio, TX 78251

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2013                                                                                                                                F 3015-1.12